50 F.3d 6
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Timothy L. HAMLET, Plaintiff--Appellant,
v.
L. J. ALLEN, Regional Administrator, South Carolina
Department of Corrections Coastal Region, Summerville, South
Carolina; Robert Donlin, Acting Warden, Lieber Correctional
Institution; Mae Brown, Class/Caseworker Supervisor;
Howard Tucker, Class/Caseworker, Lieber Correctional
Institution, Defendants--Appellees.
Timothy L. HAMLET, Plaintiff--Appellant,
v.
Parker EVATT, Commissioner for South Carolina Department of
Corrections; M. Timmons, Job Coordinator, Palmer Work
Release Center; J. Black, Deputy Warden, Lieber
Correctional Institution; James E. Sligh, Jr.,
Superintendent, Palmer Work Release Center; Jack Walters,
Regional Classificationg Coordinator, Lieber Correctional
Institution, Defendants--Appellees.
 Nos. 94-7296, 94-7350.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Jan. 19, 1995.
Decided: Feb. 21, 1995.
 
 Timothy L. Hamlet, Appellant Pro Se. Joseph Crouch Coleman, Columbia, SC, for Appellees.
 Before WILKINS and MICHAEL, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 In these consolidated appeals, Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint (No. 94-7296), and the district court's denial of his motion for reconsideration (No. 94-7350). Our review of the records and the district court's opinions discloses that these appeals are without merit. Accordingly, we affirm on the reasoning of the district court. Hamlet v. Allen, No. CA-94-1135-2-6AK (D.S.C. Oct. 21.1994); Hamlet v. Evatt, No. CA-93-3071-3-6AK (D.S.C. Sept. 22 & Oct. 24, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.